1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5      150 Almaden Boulevard, Suite 900

6      San Jose, California 95113
       Telephone: (408) 535-5084

7      Facsimile:  (408) 535-5066
       Email: John.Glang@usdoj.gov

8
   Attorneys for the United States of America

9

**FILED**

OCT - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )   No. CR 11-00090-DLJ
                                      )
14        Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~]
                                      )   ORDER EXCLUDING TIME UNDER
15     v.                             )   SPEEDY TRIAL ACT
                                      )
16 JOSE MARTIN RAMIREZ GOMEZ,         )
   BRENDA SUE RAMIREZ,                )
17 RICHARD MICHAEL BRADY,             )
   DAVID JAMES BRAUN,                 )
18 GAYLE MARRIE CUTTS,                )
   MARGO LAURA EIGHMY,                )
19 CHARLES LOUIS FISHER,              )
   BRIGITTE DENISE GAFFORD,           )
20 KARINA GARCIA,                     )
   LLOYDENE LEA RENNACKER,            )
21 JEANNE SUSAN RIXON,                )
   STEVEN EUGENE STERLING,            )
22 SUSANA VIOLETA VALENCIA,           )
   MATTHEW AARON VAN NUYS, and        )
23 HALEY JANE WRIGHT,                 )
                                      )
24        Defendants.                 )
                                      )
25 _____   )

26

27     The above-captioned defendants and the United States of America, by and through their

28 counsel of record, hereby agree and stipulate that the court may exclude the period of time from

1

1  the date of their initial appearance with counsel before United States Magistrate Judge Howard

2  R. Lloyd (as specified below in the proposed Order), through and including October 4, 2011,

3  from the computation of the period of time within which the trial must commence for the reasons

4  set forth in the proposed order below.

5

6  DATED:   September 29, 2011                    MELINDA HAAG
                                                  United States Attorney
7

8                                                 _____/s/_____
                                                  JOHN N. GLANG
9                                                 Assistant United States Attorney

10                                                _____/s/_____
                                                  BRUCE CHARLES FUNK
11                                                Attorney for defendant Jose Martin Ramirez Gomez

12                                                _____/s/_____
                                                  HUGH ANTHONY LEVINE
13                                                Attorney for defendant Brenda Sue Ramirez

14                                                _____/s/_____
                                                  JAMES McNAIR THOMPSON
15                                                Attorney for defendant Richard Michael Brady

16                                                _____/s/_____
                                                  ADAM V. PENNELLA
17                                                Attorney for defendant David James Braun

18                                                _____/s/_____
                                                  GRAHAM E. ARCHER
19                                                Attorney for defendant Gayle Marrie Cutts

20                                                _____/s/_____
                                                  JERRY Y. FONG
21                                                Attorney for defendant Margo Laura Eighmy

22                                                _____/s/_____
                                                  JEANE DeKELVER
23                                                Attorney for defendant Charles Louis Fisher

24                                                _____/s/_____
                                                  MICHELLE D. SPENCER
25                                                Attorney for defendant Brigitte Denise Gafford

26                                                _____/s/_____
                                                  SUZANNE M. MORRIS
27                                                Attorney for defendant Karina Garcia

28

1          /s/
   WM. MICHAEL WHELAN, JR.
2  Attorney for defendant Lloydene Lea Rennacker

3          /s/
   MARY E. CONN
4  Attorney for defendant Jeanne Susan Rixon

5          /s/
   FRANK BELL
6  Attorney for defendant Steven Eugene Sterling

7          /s/
   VICKI H. YOUNG
8  Attorney for defendant Susana Violeta Valencia

9          /s/
   CHESTER J. PHILLIPS, JR.
10 Attorney for defendant Matthew Aaron Van Nuys

11         /s/
   ALFREDO M. MORALES
12 Attorney for defendant Haley Jane Wright

13

14                    [PROPOSED] ORDER

15        The above-captioned case came before the court on the following dates regarding the

16 following defendants for initial appearance with counsel on the indictment returned by the grand

17 jury in this case:

18        September 12, 2011 (defendants Jose Martin Ramirez Gomez, Brenda Sue Ramirez,

19 Gayle Marrie Cutts, Margo Laura Eighmy, Brigitte Denise Gafford, Lloydene Lea Rennacker,

20 Jeanne Susan Rixon, Susana Violeta Valencia, and Haley Jane Wright)

21        September 13, 2011 (defendant Charles Louis Fisher)

22        September 14, 2011 (defendant David James Braun)

23        September 15, 2011 (defendant Steven Eugene Sterling)

24        September 16, 2011 (defendant Matthew Aaron Van Nuys)

25        September 22, 2011 (defendant Richard Michael Brady)

26        September 23, 2011 (defendant Karina Garcia)

27        In each case, the defendant was personally present and was represented by counsel.

28 Counsel for the United States was present.  At the conclusion of detention hearings conducted on

                                    3

1  subsequent dates, the court ruled as follows as to each defendant:

2      Upon request of the government and the defendants, the court hereby sets this case for

3  initial appearance in district court before the Honorable D. Lowell Jensen on Tuesday, October 4,

4  2011 at 9:00 a.m.

5      Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), the court excludes

6  the period of time for each of the above-captioned defendants from the date of their initial

7  appearance with counsel, through and including October 4, 2011, from the computation of the

8  period of time within which the trial must commence.  The court FINDS that the ends of justice

9  served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

10  The court bases this finding on the need of counsel for the defendants to review voluminous

11  discovery in this case that is about to be provided to them by the government and to afford

12  counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C.

13  Section 3161(h)(7)(B)(iv).

14

15  **IT IS SO ORDERED.**

16

17  DATED:  10/4/11

18  HOWARD R. LLOYD
    United States Magistrate Judge
    Northern District of California

19

20

21

22

23

24

25

26

27

28

4