1 | JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California  94611
Telephone:    510-583-9622
Fax:               510-886-7218
Email:           vaughnslaw@aol.com

Counsel for Defendant
JOSE MARTIN RAMIREZ GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00090 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION** |
| v. | ) | |
| | ) | |
| JOSE MARTIN RAMIREZ GOMEZ | ) | Date:  February 6, 2012 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Hon. D. Lowell Jensen |
| | ) | |

**STIPULATION**

The parties stipulate as follows:

1. An interview with U.S. Probation Officer Karen Mar has taken place and a draft Presentence Report ("PSR") has been prepared.

2. Counsel for Mr. Ramirez Gomez has reviewed the PSR and needs to obtain more information regarding a possible mental health issue raised therein.

3. Counsel for the Government has no objection to a continuance of the sentencing hearing.

4. The parties, therefore jointly request that the Sentencing Hearing in this matter be vacated and re-scheduled for March 20, 2014.

5. USPO Karen Mar concurs with this request.

1  IT IS SO STIPULATED

4
   DATED: January 27, 2014                    -S-
5                                             _____
                                              JOHN GLANG
6                                             Assistant United States Attorney

8
   DATED: January 24, 2014
9                                             -S-
                                              _____
10                                            JAMES PHILLIP VAUGHNS.
                                              Attorney for Defendant RAMIREZ GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00090 DLJ |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JOSE MARTIN RAMIREZ GOMEZ | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Sentencing Hearing in this matter, currently scheduled for February 6, 2014, shall be vacated and rescheduled for March 20, 2014, at 10:00 a.m.

DATED:

_____
Hon. D. LOWELL JENSEN
United States District Judge