1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5084
7      Fax:  (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        ) CASE NO. 11-00090-DLJ
                                     )
15         Plaintiff,                ) STIPULATION AND [] ORDER
                                     ) CONTINUING SENTENCING HEARING DATE
16     v.                            )
                                     )
17  JOSE MARTIN RAMIREZ GOMEZ,       )
                                     )
18         Defendant.                )
                                     )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, March 20, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, May 8, 2014 at

23  10:00 a.m.

24  It is so stipulated.

25

26  Dated:  March 11, 2014                    _____/s/_____
                                              JOHN N. GLANG
27                                            Assistant United States Attorney
                                              Northern District of California
28

    STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                    1

It is so stipulated:

Dated:   March 11, 2014                                   _____/s/_____
                                                                        JAMES PHILLIP VAUGHNS
                                                                        Attorney for Jose Martin Ramirez Gomez

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, March 20, 2014 at 10:00 a.m. and rescheduled for Thursday, May 8, 2014 at 10:00 a.m.

It is so ORDERED:

Dated: _____                         _____
                                                                D. LOWELL JENSEN
                                                                United States District Judge
                                                                Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

2